**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judith Ann McCarraher aka Judith A. McCarraher | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-12474 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 and index same on the master mailing list.

    Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
24 Jul 2024, 16:39:07, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322