United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12474-amc |
| Judith Ann McCarraher | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Judith Ann McCarraher, 14 Richard Wilson Drive,, Coatesville, PA 19320-5102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER G. CASSIE | on behalf of Debtor Judith Ann McCarraher ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Judith Ann McCarraher | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Bankruptcy No: 24-12474-amc |
| | ) | |
| | ) | |

ORDER

AND NOW, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

It is hereby ORDERED THAT:

1. Debtors' motion for extension of time is **GRANTED** and
2. Debtors' extension of an additional fourteen (14) days, until August 15, 2024 to prepare Attorney Disclosure Statement, Chapter 13 Plan, Schedules A-J, Statement of Financial Affairs, Summary of schedules, Statistical Summary of Certain Liabilities, Statement of and Current Monthly Income is **GRANTED.**

Dated: August 5, 2024

_____
Honorable Ashely M. Chan