*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Judith Ann McCarraher | Case No. 24–12474–amc |
| aka Judith A. McCarraher | |
| Debtor(s). | Chapter: 13 |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 19, 2024, this case is hereby DISMISSED.

**Date: August 23, 2024**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2